# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82015

**FILED**

DEC 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original pro se petition for a writ of habeas corpus appears to seek an order compelling a determination that petitioner is eligible for parole. Such a writ should be sought in the district court in the first instance, and an adverse ruling below may be challenged by way of an appeal. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Silver

cc:  Gene Anthony Allen
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

20-43770